# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-11326

———————

United States Court of Appeals
Fifth Circuit

**FILED**

May 26, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDUARDO ARREDONDO,

*Defendant—Appellant*.

————————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:11-CR-111-1

————————————————————————

Before KING, HAYNES, and HO, *Circuit Judges*.

PER CURIAM:[*]

Appellee's unopposed motion to reform the district court's judgment to correct clerical errors and clarify that the district court's revocation judgment was based only on the violations alleged in the January 2025 and November 2025 petitions, and to affirm the judgment as modified, is GRANTED.

———————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-11326

Appellee's alternate, unopposed motion for a 30-day extension of time to file its brief after the denial of the motion to reform the judgment is DENIED AS MOOT.